IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-rj-00028-NONE-KLM

STUDENT LOAN MARKETING ASSOCIATION,

    Plaintiff,

v.

SHARON M. PRINDLE,

    Defendant.
_____

## ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on a **Motion to Amend Caption** filed by the United States of America [Docket No. 3; Filed February 22, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the case caption is amended and the United States of America shall be substituted as Plaintiff in place of Student Loan Marketing Association.

Dated:  February 23, 2010

                                                BY THE COURT:

                                                 s/ Kristen L. Mix
                                                U.S. Magistrate Judge
                                                Kristen L. Mix