IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-rj-00028-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHARON M. PRINDLE BUSH,

    Defendant

_____

### GARNISHEE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Government's **Motion for Entry of Garnishee Order** [Docket No. 16] (the "Motion"). The Government seeks an order directing Defendant's employer, the State of California (the "Garnishee"), "to pay twenty-five percent of Defendant's disposable wages to the United States each pay period, continuing until [Defendant's] judgment debt is paid in full or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court." *Motion* [#16] at 2.

    On September 22, 2003, judgment was entered against Defendant in the amount of $105,330.10 plus interest to accrue thereon. *See Certification of Judgment* [Docket No. 1]. On September 28, 2010, the Court issued a Writ of Continuing Garnishment [Docket No. 9] to Garnishee. On October 12, 2010, the Government sent copies of the Writ of

Continuing Garnishment [#9], the Application for Writ of Continuing Garnishment [Docket No. 7], and the Clerk's Notice of Post-Judgment Garnishment and Instructions to Judgment Debtor [Docket No. 10] (the "Clerk's Notice") to Defendant's last known address via first class mail. *See Declaration of Carolyn Dean* [Docket No. 16-2]. These documents notified Defendant of her right to request, within twenty days, a hearing to determine whether any of her property the Government seeks to take should be exempt. *Clerk's Notice* [#10] at 2 ("If you want a hearing, you must notify the Court within 20 days after receipt of this notice."). To date, Defendant has not filed a request for a hearing. On October 21, 2010, Garnishee filed an Answer [Docket No. 14] in which it represented that Plaintiff is in its employ and receives monthly net wages of $2,873.25. To date, Defendant has not filed an objection to the Answer. *See* 28 U.S.C. § 3205(c)(5) ("Within 20 days after receipt of the answer, the judgment debtor or the United States may file a written objection to the answer and request a hearing.").

28 U.S.C. § 3205(c)(7) provides that "[a]fter the garnishee files an answer and if no hearing is requested within the required time period, the court shall promptly enter an order directing the garnishee as to the disposition of the judgment debtor's nonexempt interest in [her] property" held by the garnishee. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#16] is **GRANTED**.

IT IS FURTHER **ORDERED** that Garnishee shall pay twenty-five percent of Defendant's net wages each pay period to the United States pursuant to the payment instructions below. Garnishee shall continue to make these payments until (1) Defendant's

judgment debt is paid in full, or (2) Garnishee no longer has custody, possession, or control of any property belonging to Defendant, or (3) Garnishee is directed otherwise by a further order of this Court.

**Payment Instructions:**

Checks shall be made payable to the United States Department of Justice and mailed to the following address:

United States Attorney's Office
1225 17th Street, #700
Denver, CO 80202

Please include the following information on each check:

Name of Defendant:		Sharon Prindle Bush
Case Number:		1:03-rj-00028

Dated:  December 2, 2010

BY THE COURT:

 s/ Kristen L.  Mix
Kristen L.  Mix
United States Magistrate Judge